IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**KEITH L. HENDERSON,**

      Plaintiff,

vs.                                                                        No. CIV 09-356 MCA/LFG

**MICHAEL J. ASTRUE,**
**Commissioner of the**
**Social Security Administration,**

      Defendant.

### ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDED DISPOSITION, AND REMANDING CASE FOR ADDITIONAL ADMINISTRATIVE PROCEEDINGS

THIS MATTER is before the Court on the Magistrate Judge's Findings and Recommended Disposition, filed May 17, 2010 [Doc. 23]. No objections were filed, and the deadline for filing objections has passed. A party waives the right to challenge a magistrate judge's findings and recommendation if the party does not file timely objections. Conley v. Mullin, 245 F. App'x 863, *1 (10th Cir. 2007). The Court accepts the analysis and recommended disposition with the result that this matter is remanded for additional administrative hearings.

IT IS HEREBY ORDERED that the Magistrate Judge's Findings and Recommended Disposition are adopted by the Court;

IT IS FURTHER ORDERED that Plaintiff's motion to remand is GRANTED, as described in the Findings and Recommended Disposition.

Dated this 8th of June, 2010.

                                                      M. CHRISTINA ARMIJO
                                                      UNITED STATES DISTRICT COURT